IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10025
Conference Calendar

_____

GLENN C. CAMPBELL,

                                        Plaintiff-Appellant,

versus

RUTTIGER, Lt, Employee
Clements Unit, Amarillo,
Texas; JOHN DOE, Employee,
Clements Unit, Amarillo,
Texas,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:93-CV-176
- - - - - - - - - - -
June 27, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Glenn C. Campbell, Texas state prisoner # 535319, appeals

the dismissal of his civil rights complaint pursuant to 28 U.S.C.

§ 1915(d).  Campbell contends that Officer Ruttiger used

excessive force, violating his Eighth Amendment right against

cruel and unusual punishment.  We have reviewed the record and

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Campbell's brief and AFFIRM the judgment.  See <u>Jackson v. Culbertson</u>, 984 F.2d 699, 700 (5th Cir. 1993).  Campbell's motion for appointment of counsel is DENIED because Campbell's appeal does not present "exceptional circumstances" that would require the appointment of counsel.  See <u>Ulmer v. Chancellor</u>, 691 F.2d 209, 212 (5th Cir. 1982).

AFFIRMED. MOTION DENIED.